✑AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RYAN WESLEY ROUTH

**EXHIBIT AND WITNESS LIST**

Case Number: 24-mj-8441-RMM

| PRESIDING JUDGE<br>Ryon M. McCabe | PLAINTIFF'S ATTORNEY<br>Mark Dispoto & Adam McMichael | DEFENDANT'S ATTORNEY<br>Kristy Militello & Renee Sihvola |
|---|---|---|
| TRIAL DATE (S)<br>09/23/2024 | COURT REPORTER<br>Jill Wells & DAR 11:00:01 | COURTROOM DEPUTY<br>S. Payne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/23/2024 | Y | Y | Golf Course Map |
| 2 | | 9/23/2024 | Y | Y | Photograph of Sniper Nest |
| 3 | | 9/23/0204 | Y | Y | Photograph of SKS Rifle |
| 4 | | 9/23/2024 | Y | Y | Photograph of Obliterated Serial Number on SKS Rifle |
| 5 | | 9/23/2024 | Y | Y | Overall Map (Trump International and Martin County) |
| 6 | | 9/23/2024 | Y | Y | Photograph of Letter from Civilian Witness |
| 7 | | 9/23/2024 | Y | Y | Prior Criminal Convictions of Defendant |
| | | | | | |
| | 1 | 9/23/2024 | Y | Y | Crimefighting Pays/Police Organization Honors 'Super Citzen' Article |
| | | | | | |
| | | | | | |
| | | | | | FBI Agent Christian Hull sworn and provided testimony |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages